# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| AMBER L. GREENE | § |
| | §  CIVIL ACTION NO. 4:23CV452 |
| V. | §  JUDGE MAZZANT |
| | § |
| WHITE, JACOBS & ASSOCIATES, INC. | § |
| | § |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator assigned is the Hon. Carol M. Siebman (Ret.), Siebman Law, Federal Courthouse Square, 300 N. Travis Street, Sherman, Texas 75090, (903) 870-0070, carol.siebman@siebman.com.

The mediation conference shall be conducted by the following date: **April 19, 2024.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

SIGNED this 8th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE