IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMBER L. GREENE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-452-ALM-KPJ |
| | § | |
| WHITE, JACOBS & ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff Amber L. Greene's ("Plaintiff") Motion for Extension of Time to File Dismissal Papers (the "Motion") (Dkt. 17), wherein Plaintiff represents that she "needs additional time to file a Motion to Reinstate this case . . . or otherwise finalize settlement" because Defendant's counsel has failed to respond to her requests for settlement papers. *See* Dkt. 17 at 1. Plaintiff requests an extension through June 24, 2024. *Id.* Upon consideration, the Motion (Dkt. 17) is hereby **GRANTED**.

**IT IS ORDERED** that the parties shall submit to the Court all papers necessary for the resolution of the claims between them or file a motion to lift the stay and reinstate deadlines no later than **June 24, 2024**. If such papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**So ORDERED and SIGNED this 14th day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE