# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMBER L. GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>WHITE, JACOBS & ASSOCIATES, INC.<br><br>    Defendant. | Case No. 4:23-cv-00452 |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal. The Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

The Stipulation for Dismissal is GRANTED. The action against WHITE, JACOBS & ASSOCIATES, INC. is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

**SIGNED this 30th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE